# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00242-CV

**Vicky Malloy Breedlove, Appellant**

**v.**

**Olivia D. Uballe, Appellee**

## FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 2002CV0560, HONORABLE BRENDA CHAPMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Because appellant Vicky Malloy Breedlove has failed to file an appellant's brief, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the clerk's record in this cause on April 23, 2003. Thus, appellant's brief was due May 23, 2003. *See id.* 38.6(a)(1). By postcard dated July 25, 2003, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellant tendered a motion by August 5 reasonably explaining the failure to file a brief. *See id.* 38.8(a)(1). Thus far, appellant has submitted neither a brief nor a motion reasonably explaining the failure to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.* 42.3(b).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Prosecution

Filed:   October 2, 2003

2